**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00063-JLK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MATTHEW JAMES WILLIAMS,

        Defendant.

---

**ORDER REINSTATING ORIGINAL TERM OF SUPERVISED RELEASE**

---

        This matter comes before the Court on a report from the probation officer that defendant violated conditions of his supervised release.  On July 23, 2007, defendant admitted to alleged Violations 1 through 6 as noted the probation officer's petition.

        ORDERED that the defendant's supervision be reinstated to the original term, and that all previously imposed conditions of supervision remain in full force and effect.

        FURTHER ORDERED **(1)**  The defendant shall reside up to 180 days in an approved Residential Reentry Center (RRC), to commence as directed by the Probation Office, and shall observe the rules of the facility.  The Probation Office will be allowed to discharge the defendant earlier than 180 days if the defendant is determined to be in compliance with all conditions of supervision;  **(2)**  The defendant shall participate in a program of mental health treatment, as directed by the Probation Office, until such time as the defendant is released from the program by the probation officer.  The Court authorizes the Probation Office to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.  The defendant may be required to ingest prescribed medications as directed by the treatment provider; and **(3)** In accordance with the defendant's treatment plan, the defendant shall ingest prescribed Antabuse, unless medically contraindicated.

        DATED at Denver, Colorado, this 25th day of July, 2007.

        BY THE COURT:

        *s/John L. Kane*
        John L. Kane
        United States District Judge